ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DOUGLAS,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: 1:17-cv-01061-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 33 days, to February 20, 2018, for plaintiff to serve plaintiff's letter brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

-1-

Plaintiff's attorney is attending a California Applicants Attorneys Association convention from January 23 through January 28, 2018. Plaintiff's attorney has a heavy caseload before he attends the convention, and needs additional time to further review the file and prepare the letter brief. Per Defendant's counsel email on January 9, 2018, defendant has no objection to this request.

Respectfully submitted,

Dated: January 09, 2018  By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: January 09, 2018  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Michael K. Marriot*
(As authorized via email)
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based on the stipulation of the parties, and good cause appearing, Plaintiff's time to serve her letter brief is extended by 33 days, to February 20, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: __**January 17, 2018**__                    /s/ *Elvin P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE