MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBRA DOUGLAS, | ) Civil No. 1:17-cv-01061-EPG |
|     Plaintiff, | ) <br> ) **STIPULATION AND PROPOSED ORDER** <br> ) **FOR A FIRST EXTENSION OF TIME** |
|     v. | ) **FOR DEFENDANT TO FILE HER BRIEF** <br> ) |
| NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, | ) <br> ) <br> ) |
|     Defendant. | ) <br> ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because a very heavy workload, as well as an upcoming extended vacation to Taiwan from May 2 through May 19, 2018.

1

| | |
|---|---|
| 1 | The new due date for Defendant's responsive brief will be Friday, June 15, 2018. |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | Date: *May 1, 2018*     ROCKWELL, KELLY & DUARTE LLP |

Date: *May 1, 2018*     ROCKWELL, KELLY & DUARTE LLP

By:   */s/ Jeffrey R. Duarte**
JEFFREY R. DUARTE
*\* By email authorization on May 1, 2018*
Attorney for Plaintiff

Date: *May 1, 2018*     MCGREGOR W. SCOTT
United States Attorney

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

# ORDER

Based on the stipulation of the parties, and good cause appearing, Defendant's time to file a responsive brief is extended by 30 days, to June 15, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **May 2, 2018**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE