1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8

9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBRA DOUGLAS, | Civil No. 1:17-cv-01061-EPG |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 10 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy accumulated workload as a result of the undersigned's 17 day absence from the office in Taiwan. This additional time will permit Defendant to adequately evaluate the record and respond to Plaintiff's opening brief.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, June 25, 2018.

Respectfully submitted,

Date: *June 15, 2018*　　　　　　　　ROCKWELL, KELLY & DUARTE LLP

By: */s/ Jeffrey R. Duarte\**
JEFFREY R. DUARTE
*\* By email authorization on June 15, 2018*
Attorney for Plaintiff

Date: *June 15, 2018*　　　　　　　　MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

# **ORDER**

Based on the above stipulation of the parties, and good cause appearing, Defendant shall have a 10-day extension of time to file her responsive brief. Defendant is to file her responsive brief no later than Monday, June 25, 2018. All subsequent dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **June 18, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE